UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| DANIEL BRONSON, | : | Case No. 1:21-cv-711 |
| Plaintiff, | : | |
| | : | Judge Timothy S. Black |
| vs. | : | |
| | : | Magistrate Judge Karen L. Litkovitz |
| STATE OF OHIO, | : | |
| Defendant. | : | |

**DECISION AND ENTRY
ADOPTING THE REPORT AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE (Doc. 2)**

This case is before the Court pursuant to the Order of General Reference to United States Magistrate Judge Karen L. Litkovitz. Pursuant to such reference, the Magistrate Judge submitted a Report and Recommendation on November 23, 2021, recommending that Plaintiff's motion to proceed in forma pauperis be denied, and that Plaintiff be ordered to full filing fee within 30-days in order to avoid dismissal of this case. (Doc. 2). No objections were filed to the Report and Recommendation, and the time for doing so has now expired.

As required by 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b), the Court has reviewed the comprehensive findings of the Magistrate Judge and considered *de novo* all of the relevant filings in this case. Upon consideration of the foregoing, the Court finds that the Report and Recommendation should be and is hereby adopted in its entirety. Accordingly:

1. The Report and Recommendation (Doc. 2) is **ADOPTED**;

2. Plaintiff's motion to proceed *in forma pauperis* (Doc. 1) is **DENIED**;

3.     Plaintiff **SHALL** pay the full $402 ($350 filing fee plus $52 administrative fee) **no later than thirty (30) days from entry of this Order**;

4.     Plaintiff is hereby advised that failure to pay the $402 fee **will result in the dismissal of this civil action**.

**IT IS SO ORDERED.**

Date:   7/5/2022                                                   *s/Timothy S. Black*
                                                                               Timothy S. Black
                                                                               United States District Judge