# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| DANIEL BRONSON, | : | Case No. 1:21-cv-711 |
| Plaintiff, | : | Judge Timothy S. Black |
| vs. | : | Magistrate Judge Karen L. Litkovitz |
| STATE OF OHIO, | : | |
| Defendant. | : | |

## DECISION AND ENTRY
## ADOPTING THE REPORT AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE (Doc. 8)

This case is before the Court pursuant to the Order of General Reference to United States Magistrate Judge Karen L. Litkovitz.  Pursuant to such reference, the Magistrate Judge reviewed the pleadings filed with this Court and, on August 5, 2022, submitted a Report and Recommendation, recommending that this matter be dismissed for lack of prosecution.  (Doc. 8).  No objections were filed, and the time for doing so has expired.

As required by 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72, the Court has reviewed the comprehensive findings of the Magistrate Judge and considered *de novo* all of the filings in this matter.  Upon consideration of the foregoing, the Court finds that the Report and Recommendation is adopted in its entirety.

Accordingly, for the reasons stated above:

1) Plaintiff's Complaint is **DISMISSED** for lack of prosecution.

2) The Clerk shall enter judgment accordingly, whereupon this case is **TERMINATED** upon the docket of this Court.

**IT IS SO ORDERED.**

Date:   9/1/2022                                             *s/Timothy S. Black*
                                                                                          Timothy S. Black
                                                                                          United States District Judge